## (January 7, 1983)

■ In the Matter of the Application of GEORGE H. DUSH for Reinstatement as an Attorney and Counselor at Law. — Application for reinstatement granted and petitioner, George H. Dush, reinstated as an attorney and counselor at law effective immediately. Order entered. Mahoney, P. J., Sweeney, Casey, Mikoll and Weiss, JJ., concur.

■ In the Matter of JOHN REIDY et al., Appellants, v WILLIAM G. CONNELIE, as Superintendent of the Division of the New York State Police, Respondent. — Motion for clarification denied, without costs. Since the matter was remitted to respondent for the conduct of proceedings (*Matter of Reidy v Connelie,* 82 AD2d 986), it is for respondent to determine the format of such proceedings. Petitioners may, of course, raise this issue upon judicial review of any ultimate adverse determination. Mahoney, P. J., Main, Mikoll and Yesawich, Jr., JJ., concur.

## (January 11, 1983)

■ In the Matter of MYRON GOLDSTEIN, R. P. T., P. C., Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion for permission to appeal to the Court of Appeals denied, without costs, as unnecessary since it appears that appeal to that court lies as of right (Labor Law, § 624; CPLR 5601, subd [a]). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.